# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 5 WAL 2016
                                       :
             Respondent       :
                                         : Petition for Allowance of Appeal from
                                         : the **Unpublished Memorandum and**
             v.                  : **Order** of the Superior Court at No. 849
                                         : WDA 2015 entered on December 29,
                                         : 2015, **affirming** the Judgment of
DAVID BRICKER,                   : Sentence of the Fayette County Court of
                                         : Common Pleas at No. CP-26-CR-
             Petitioner         : 0000835-2014 entered on May 13, 2015

## ORDER

**PER CURIAM**

       **AND NOW**, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below.  Allocatur is **DENIED** as to the remaining issue.  The issue, as stated by Petitioner, is:

> Did the sentencing court impose a harsh, severe, and manifestly unreasonable and excessive sentence in light of the circumstances surrounding the alleged incident?

       The judgment of sentence is **VACATED**, and the matter is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Muniz*, 164 A.3d 1189 (Pa. 2017).